**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In   Debtor(s)
Re:  **Octavia Doviece Olivier Weems**

Case No.: **24−53904−lrc**
Chapter: **7**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On April 18, 2024, the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee in installments, provided that Debtor paid the initial filing fee installment in full; paid the second filing fee installment payment within 30 days of the date the petition was filed; and paid the final filing fee installment payment within 60 days of the date the petition was filed. Debtor failed to pay timely

**the final filing fee installment.**

Debtor was notified of this deficiency and allowed additional time to make the payment.

The Debtor failed to pay timely the required filing fee installment. Accordingly, it is

ORDERED that the above−styled case is **dismissed**.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel, Trustee, and all parties on the mailing matrix.

**SO ORDERED,** on July 2, 2024.

Lisa Ritchey Craig
United States Bankruptcy Judge

Form 306f1113