UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: ) Case No.: 24-53904
)
Octavia Doviece Olivier Weems )
)
) Chapter: 7
)

Debtor(s)

Motion to be considered.
I made my payment on the due date of July 1st, 2024 via the online system.

Dated: 7-3-2024    Signature: /s/ O. Weems

Printed Name: Octavia Doviece Olivier Weems

Address: 4866 Country Cove Way
Powder Springs, GA 30127

Phone: 470-814-3425

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE: Octavia Doviece Olivier Weems )   Case No: 24-53904
)
)   Chapter 7
)
)

Debtor(s)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the __3__ day of __July__, 2024 I served a copy of __Motion to be considered__ which was filed in this bankruptcy matter on the __3__ day of __July__, 2024.

Mode of service (check one):   ◯ MAILED     ☒ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Kathleen Steil
Kathleen Steil, Trustee
Ogier, Rothschild & Rosenfeld, PC
P.O. Box 1547
Decatur, GA 30031

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: July 3rd, 2024         Signature: _[signed]_

Printed Name: Octavia Weems

Address: 4866 Country Cove Way
Powder Springs, GA 30127

Phone: 470-814-3425

(Generic Certificate of Service – Revised 4/13)